# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Peggy L Nowicki | § | Case No. 15-31389 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/15/2015 .   The undersigned trustee was appointed on  09/15/2016 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of      $     207,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 39,144.01 |
| Bank service fees | 364.79 |
| Other payments to creditors | 92,566.42 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 74,924.78 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  03/03/2016  and the deadline for filing governmental claims was  03/14/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 11,385.04 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 11,385.04 , for a total compensation of $ 11,385.04 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 38.31 , for total expenses of $ 38.31 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:  09/15/2016 _____       By:/s/Zane L. Zielinski _____
                                                        Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**Page:** 1

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| Case No: | 15-31389 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|---|---|---|
| Case Name: | Peggy L Nowicki | | | | Date Filed (f) or Converted (c): | 09/15/2015 (f) |
| | | | | | 341(a) Meeting Date: | 10/13/2015 |
| For Period Ending: | 09/15/2016 | | | | Claims Bar Date: | 03/03/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Duplex Located At 5010/5012 Chiquita Boulevard, Cape Coral, | 180,000.00 | 207,000.00 | | 207,000.00 | FA |
| 2. Checking Account Located At North Communiry Bank, Oswego, Il | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. Security Deposit Held By Colony West Apartments, Aurora, Ill | 350.00 | 0.00 | | 0.00 | 0.00 |
| 4. Living Room Set, Kitchen Set, And Bedroom Set Located At Per | 900.00 | 0.00 | | 0.00 | 0.00 |
| 5. Books, Discs, And Crystal (Curio) Located At Personal Reside | 415.00 | 0.00 | | 0.00 | 0.00 |
| 6. Personal Clothing Located At Personal Residence. | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 7. Few Pieces Gold Earrings And A Gold Chain Located At Persona | 200.00 | 0.00 | | 0.00 | 0.00 |
| 8. 2000 Toyota Camry Located At Personal Residence. | 1,920.00 | 0.00 | | 0.00 | 0.00 |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $186,285.00 | $207,000.00 | | $207,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The meeting was continued to 11/30/2015

Initial Projected Date of Final Report (TFR):                    Current Projected Date of Final Report (TFR):

Case 15-31389   Doc 42   Filed 09/30/16   Entered 09/30/16 12:38:09   Desc Main
Document   Page 4 of 11

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 15-31389
Case Name: Peggy L Nowicki

Trustee Name: Zane L. Zielinski
Bank Name: Associated Bank
Account Number/CD#: XXXXXX4560
Checking

Taxpayer ID No: XX-XXX3719
For Period Ending: 09/15/2016

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/02/16 | | Burandt Adamski & Feichthaler PL | Real Estate Proceeds | | $92,170.64 | | $92,170.64 |
| | | | Gross Receipts                    $207,000.00 | | | | |
| | | Burandt, Adamski & Feichthaler PL 1714 Cape Coral Parkway East Coape Coral, FL 33904 | Attorney's fees                    ($500.00) | 3110-000 | | | |
| | | SWFL Realty Group 1326 Cape Coral Pkwy. E., Unit # 2 Cape Coral FL, 33904 | Broker's Fee                    ($10,350.00) | 3510-000 | | | |
| | | Suntrust Mortgage, Inc. PO Box 79041 Baltimore, MD 21279 | First Mortgage Payment                    ($79,211.91) | 4110-000 | | | |
| | | Suntrust Mortgage, Inc. PO Box 79041 Baltimore, MD 21279 | Second Mortgage                    ($13,354.51) | 4110-000 | | | |
| | | | Closing Costs                    ($11,412.94) | 2500-000 | | | |
| | 1 | | Duplex Located At 5010/5012                    $207,000.00 Chiquita Boulevard, Cape Coral, | 1110-000 | | | |
| 06/01/16 | 5001 | Department of the Treasury Internal Revenue Service Cincinnati, OH 45999-0148 | 2016 Taxes | 2810-000 | | $10,498.00 | $81,672.64 |
| 06/01/16 | 5002 | Illinois Department of Revenue (Tax) PO Box 19009 Springfield, IL 62794-9053 | 2016 Taxes | 2820-000 | | $3,885.00 | $77,787.64 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $132.57 | $77,655.07 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $116.93 | $77,538.14 |
| 07/20/16 | | Burandt, Adamski & Feichthaler PL | Refund of closing costs | 2500-000 | | ($14.50) | $77,552.64 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                    Page Subtotals:                    $92,170.64                    $14,618.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: 15-31389 | | Trustee Name: Zane L. Zielinski |
| Case Name: Peggy L Nowicki | | Bank Name: Associated Bank |
| | | Account Number/CD#: XXXXXX4560 |
| | | Checking |
| Taxpayer ID No: XX-XXX3719 | | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/15/2016 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/01/16 | 5003 | Fire Service Disaster Kleenup PO Box 6986 For Myers, FL 33911 | Clean Up Expenses | 2420-000 | | $2,447.57 | $75,105.07 |
| 08/01/16 | 5004 | Bergau Brothers, Inc. PO Box 150326 Cape Coral, FL 33915 | Clean Up Expenses | 2420-000 | | $65.00 | $75,040.07 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $115.29 | $74,924.78 |

| | | |
|---|---|---|
| COLUMN TOTALS | $92,170.64 | $17,245.86 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $92,170.64 | $17,245.86 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $92,170.64 | $17,245.86 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals:                    $0.00            $2,627.86

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4560 - Checking | $92,170.64 | $17,245.86 | $74,924.78 |
| | $92,170.64 | $17,245.86 | $74,924.78 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $114,829.36 |
| Total Net Deposits: | $92,170.64 |
| Total Gross Receipts: | $207,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-31389                                                                                              Date: September 16, 2016
Debtor Name: Peggy L Nowicki
Claims Bar Date: 3/3/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $11,385.04 | $11,385.04 |
| 100 2200 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $38.31 | $38.31 |
| 100 2420 | Bergau Brothers, Inc.<br>PO Box 150326<br>Cape Coral, FL 33915 | Administrative | Allowed claim for repair costs to real estate at 5012 Chiquita Blvd S, Cape Coral, FL | $0.00 | $65.00 | $65.00 |
| 100 2420 | Fire Service Disaster Kleenup<br>PO Box 6986<br>For Mysters, FL 33911 | Administrative | Allowed claim for repair costs to real estate at 5012 Chiquita Blvd S, Cape Coral, FL | $0.00 | $2,447.57 | $2,447.57 |
| 100 2810 | Department of Revenue<br>Internal Revenue Service<br>Cincinnati, OH 45999-0148 | Administrative | 2016 Tax Return Payment | $0.00 | $0.00 | $10,498.00 |
| 100 2820 | Illinois Department of Revenue<br>PO Box 19053<br>Springfield, IL 62794-9053 | Administrative | 2016 State of Illinois Income Tax | $0.00 | $0.00 | $3,885.00 |
| 100 3110 | Burandt, Adamski & Feichthaler PL<br>1714 Cape Coral Parkway East<br>Coape Coral, FL 33904 | Administrative | | $0.00 | $0.00 | $500.00 |
| 100 3420 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $2,379.92 | $2,379.92 |
| 100 3420 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $21.80 | $21.80 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 15-31389                                                                                                Date: September 16, 2016

Debtor Name: Peggy L Nowicki

Claims Bar Date: 3/3/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3510 | SWFL Realty Group 1326 Cape Coral Pkwy. E., Unit # 2 Cape Coral FL, 33904 | Administrative | | $0.00 | $10,350.00 | $10,350.00 |
| 1 300 7100 | Capital One Bank (Usa), N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Unsecured | | $15,748.06 | $16,740.30 | $16,740.30 |
| 400 4110 | Suntrust Mortgage, Inc. PO Box 79041 Baltimore, MD 21279 | Secured | | $81,054.15 | $79,211.91 | $79,211.91 |
| 400 4110 | Suntrust Mortgage, Inc. PO Box 79041 Baltimore, MD 21279 | Secured | | $19,572.37 | $13,354.51 | $13,354.51 |
| | Case Totals | | | $116,374.58 | $135,994.36 | $150,877.36 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-31389
Case Name: Peggy L Nowicki
Trustee Name: Zane L. Zielinski

Balance on hand                                        $            74,924.78

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
|  | Suntrust Mortgage, Inc. | $    92,566.42 | $    92,566.42 | $    92,566.42 | $        0.00 |

Total to be paid to secured creditors           $            0.00

Remaining Balance                               $       74,924.78

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski | $    11,385.04 | $        0.00 | $    11,385.04 |
| Trustee Expenses: Zane L. Zielinski | $        38.31 | $        0.00 | $        38.31 |
| Attorney for Trustee Fees: Burandt, Adamski & Feichthaler PL | $       500.00 | $      500.00 | $         0.00 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates, P.C. | $        21.80 | $        0.00 | $        21.80 |
| Other: Alan D. Lasko & Associates, P.C. | $     2,379.92 | $        0.00 | $     2,379.92 |
| Other: Bergau Brothers, Inc. | $        65.00 | $       65.00 | $         0.00 |
| Other: Department of Revenue | $    10,498.00 | $   10,498.00 | $         0.00 |
| Other: Fire Service Disaster Kleenup | $     2,447.57 | $    2,447.57 | $         0.00 |
| Other: Illinois Department of Revenue | $     3,885.00 | $    3,885.00 | $         0.00 |
| Other: SWFL Realty Group | $    10,350.00 | $   10,350.00 | $         0.00 |

Total to be paid for chapter 7 administrative expenses      $ _____ 13,825.07

Remaining Balance      $ _____ 61,099.71

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,740.30  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (Usa), N.A. | $ 16,740.30 | $ 0.00 | $ 16,740.30 |

Total to be paid to timely general unsecured creditors      $ _____ 16,740.30

Remaining Balance      $ _____ 44,359.41

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.4 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 60.28 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 44,299.13 .