# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **PEGGY L. NOWICKI,** | Bankruptcy No. 15-31389 |
| | Honorable Bruce W. Black |
| Debtors. | |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

    I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #45)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on September 30, 2016.

Dated: September 30, 2016        **Zane L. Zielinski,** not individually but as the
                                                chapter 7 trustee of the bankruptcy estate of
                                                **PEGGY L. NOWICKI**,

                                                By: /s/ Zane L. Zielinski
                                                Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.   815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

- **Ariane Holtschlag**   aholtschlag@wfactorlaw.com, bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
- **William L. Hotopp**   wlhotopp@comcast.net
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov

## MANUAL SERVICE LIST

**VIA U.S. MAIL**
**Suntrust Mortgage, INC**
PO Box 79041
Baltimore, MD 21279-0041

**VIA U.S. MAIL**
**Capital One Bank (USA), N.A.**
PO Box 71083
Charlotte, NC 28272-1083

**VIA U.S. MAIL**
**Chase**
P.O. Box 15153
Wilmington, DE 19886

**VIA U.S. MAIL**
Peggy L. Nowicki
683 Laurel Drive
Apartment F
Aurora, IL 60506