# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
 §
 §
Peggy L Nowicki § Case No. 15-31389
 §
 §
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 6,285.00 |
| Total Distributions to Claimants: 109,367.00 | Claims Discharged<br>Without Payment: 114,163.09 |
| Total Expenses of Administration: 53,333.87 | |

3) Total gross receipts of $ 207,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 44,299.13 (see **Exhibit 2**), yielded net receipts of $ 162,700.87 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 201,253.04 | $ 92,566.42 | $ 92,566.42 | $ 92,566.42 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 38,450.87 | 53,333.87 | 53,333.87 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 29,284.63 | 16,740.30 | 16,740.30 | 16,800.58 |
| **TOTAL DISBURSEMENTS** | $ 230,537.67 | $ 147,757.59 | $ 162,640.59 | $ 162,700.87 |

    4)  This case was originally filed under chapter 7 on  09/15/2015 .  The case was pending for 15 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/09/2016                                By:/s/Zane L. Zielinski
                                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Duplex Located At 5010/5012 Chiquita Boulevard, Cape Coral, | 1110-000 | 207,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 207,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Peggy L Nowicki | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 44,299.13 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 44,299.13** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Suntrust Mortgage, INC PO Box 79041 Baltimore, MD 21279-0041 |  | 81,054.15 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Suntrust Mortgage, INC PO Box 79041 Baltimore, MD 21279-0041 | | 19,572.37 | NA | NA | 0.00 |
| | Suntrust Mortgage, Inc. | 4110-000 | 100,626.52 | 92,566.42 | 92,566.42 | 92,566.42 |
| **TOTAL SECURED CLAIMS** | | | $ 201,253.04 | $ 92,566.42 | $ 92,566.42 | $ 92,566.42 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski | 2100-000 | NA | 11,385.04 | 11,385.04 | 11,385.04 |
| Zane L. Zielinski | 2200-000 | NA | 38.31 | 38.31 | 38.31 |
| Bergau Brothers, Inc. | 2420-000 | NA | 65.00 | 65.00 | 65.00 |
| Fire Service Disaster Kleenup | 2420-000 | NA | 2,447.57 | 2,447.57 | 2,447.57 |
| Burandt Adamski & Feichthaler PL | 2500-000 | NA | 11,412.94 | 11,412.94 | 11,412.94 |
| Burandt, Adamski & Feichthaler PL | 2500-000 | NA | -14.50 | -14.50 | -14.50 |
| Associated Bank | 2600-000 | NA | 364.79 | 364.79 | 364.79 |
| Department of Revenue | 2810-000 | NA | 0.00 | 10,498.00 | 10,498.00 |
| Illinois Department of Revenue | 2820-000 | NA | 0.00 | 3,885.00 | 3,885.00 |
| Burandt, Adamski & Feichthaler PL | 3110-000 | NA | 0.00 | 500.00 | 500.00 |
| Alan D. Lasko & Associates, P.C. | 3420-000 | NA | 2,401.72 | 2,401.72 | 2,401.72 |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SWFL Realty Group | 3510-000 | NA | 10,350.00 | 10,350.00 | 10,350.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 38,450.87 | $ 53,333.87 | $ 53,333.87 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.O. Box 15153 Wilmington, DE 19886 | | 13,536.57 | NA | NA | 0.00 |
| 1 | Capital One Bank (Usa), N.A. | 7100-000 | 15,748.06 | 16,740.30 | 16,740.30 | 16,740.30 |
| | Capital One Bank (Usa), N.A. | 7990-000 | NA | NA | NA | 60.28 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 29,284.63 | $ 16,740.30 | $ 16,740.30 | $ 16,800.58 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-31389 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
| Case Name: | Peggy L Nowicki | | | | Date Filed (f) or Converted (c): | 09/15/2015 (f) |
| | | | | | 341(a) Meeting Date: | 10/13/2015 |
| For Period Ending: | 12/09/2016 | | | | Claims Bar Date: | 03/03/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Duplex Located At 5010/5012 Chiquita Boulevard, Cape Coral, | 180,000.00 | 207,000.00 | | 207,000.00 | FA |
| 2. Checking Account Located At North Communiry Bank, Oswego, Il | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. Security Deposit Held By Colony West Apartments, Aurora, Ill | 350.00 | 0.00 | | 0.00 | 0.00 |
| 4. Living Room Set, Kitchen Set, And Bedroom Set Located At Per | 900.00 | 0.00 | | 0.00 | 0.00 |
| 5. Books, Discs, And Crystal (Curio) Located At Personal Reside | 415.00 | 0.00 | | 0.00 | 0.00 |
| 6. Personal Clothing Located At Personal Residence. | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 7. Few Pieces Gold Earrings And A Gold Chain Located At Persona | 200.00 | 0.00 | | 0.00 | 0.00 |
| 8. 2000 Toyota Camry Located At Personal Residence. | 1,920.00 | 0.00 | | 0.00 | 0.00 |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $186,285.00      $207,000.00      $207,000.00      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee's final report was approved on October 21, 2016.

Initial Projected Date of Final Report (TFR): 09/30/2016     Current Projected Date of Final Report (TFR): 10/21/2016

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Page: 1

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-31389 | Trustee Name: | Zane L. Zielinski |
| Case Name: | Peggy L Nowicki | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX4560 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3719 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/09/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/02/16 | | Burandt Adamski & Feichthaler PL | Real Estate Proceeds | | $92,170.64 | | $92,170.64 |
| | | | Gross Receipts        $207,000.00 | | | | |
| | | Burandt, Adamski & Feichthaler PL<br>1714 Cape Coral Parkway East<br>Coape Coral, FL 33904 | Attorney's fees        ($500.00) | 3110-000 | | | |
| | | SWFL Realty Group<br>1326 Cape Coral Pkwy. E., Unit # 2<br>Cape Coral FL, 33904 | Broker's Fee        ($10,350.00) | 3510-000 | | | |
| | | Suntrust Mortgage, Inc.<br>PO Box 79041<br>Baltimore, MD 21279 | First Mortgage Payment    ($79,211.91) | 4110-000 | | | |
| | | Suntrust Mortgage, Inc.<br>PO Box 79041<br>Baltimore, MD 21279 | Second Mortgage        ($13,354.51) | 4110-000 | | | |
| | | | Closing Costs        ($11,412.94) | 2500-000 | | | |
| | 1 | | Duplex Located At 5010/5012 Chiquita Boulevard, Cape Coral,        $207,000.00 | 1110-000 | | | |
| 06/01/16 | 5001 | Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0148 | 2016 Taxes | 2810-000 | | $10,498.00 | $81,672.64 |
| 06/01/16 | 5002 | Illinois Department of Revenue (Tax)<br>PO Box 19009<br>Springfield, IL 62794-9053 | 2016 Taxes | 2820-000 | | $3,885.00 | $77,787.64 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $132.57 | $77,655.07 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $116.93 | $77,538.14 |
| 07/20/16 | | Burandt, Adamski & Feichthaler PL | Refund of closing costs | 2500-000 | | ($14.50) | $77,552.64 |

Page Subtotals:  $92,170.64   $14,618.00

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-31389 | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|
| Case Name: | Peggy L Nowicki | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX4560 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3719 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/09/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/01/16 | 5003 | Fire Service Disaster Kleenup<br>PO Box 6986<br>For Myers, FL 33911 | Clean Up Expenses | 2420-000 | | $2,447.57 | $75,105.07 |
| 08/01/16 | 5004 | Bergau Brothers, Inc.<br>PO Box 150326<br>Cape Coral, FL 33915 | Clean Up Expenses | 2420-000 | | $65.00 | $75,040.07 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $115.29 | $74,924.78 |
| 10/21/16 | 5005 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $11,423.35 | $63,501.43 |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($11,385.04) | 2100-000 | | | |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($38.31) | 2200-000 | | | |
| 10/21/16 | 5006 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $2,379.92 | $61,121.51 |
| 10/21/16 | 5007 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $21.80 | $61,099.71 |
| 10/21/16 | 5008 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $16,800.58 | $44,299.13 |
| | | | ($60.28) | 7990-000 | | | |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($16,740.30) | 7100-000 | | | |

| | | | Page Subtotals: | | $0.00 | $33,253.51 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-31389 | Trustee Name: | Zane L. Zielinski |
| Case Name: | Peggy L Nowicki | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX4560 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3719 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/09/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/21/16 | 5009 | Peggy L Nowicki<br>683 LAUREL DRIVE<br>APARTMENT F<br>AURORA, IL  60506 | Distribution of surplus funds to debtor. | 8200-002 | | $44,299.13 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $92,170.64 | $92,170.64 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $92,170.64 | $92,170.64 |
| Less: Payments to Debtors | $0.00 | $44,299.13 |
| Net | $92,170.64 | $47,871.51 |

Page Subtotals: $0.00   $44,299.13

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4560 - Checking | $92,170.64 | $47,871.51 | $0.00 |
|  | $92,170.64 | $47,871.51 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $114,829.36 |
| Total Net Deposits: | $92,170.64 |
| Total Gross Receipts: | $207,000.00 |

Page Subtotals:    $0.00    $0.00